IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMEO and BELEN PINZON,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

NO. C10-00328 TEH

ORDER SETTING CASE MANAGEMENT CONFERENCE

    The Court is in receipt of Plaintiffs' Ex Parte Application for Temporary Restraining Order. Plaintiffs ask the Court to enjoin the trustee's sale of their home at 2300 Keats Lane in San Ramon, California, which is apparently scheduled to take place on April 10, 2010.

    The motion to dismiss of Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") is also pending. JPMorgan originally noticed the motion for April 9, 2010, before Judge Spero. The matter was subsequently reassigned to this Court. The parties are advised that the April 9 hearing date was vacated pursuant to the Reassignment Order dated March 5, 2010 (Doc. 10) and the Clerk's Notice dated March 8, 2010 (Doc. 11 ). JPMorgan was required to renotice the hearing before this Court, but has failed to do so.

    The parties shall appear for telephonic case management conference on **Monday, March 29, 2010, at 1:30pm**, to discuss how to proceed in light of Plaintiffs' pending application for temporary restraining order, JPMorgan's pending motion to dismiss, and the planned trustee's sale of Plaintiffs' property. Plaintiffs shall initiate the call to the

1  Court (415-522-3630) at 1:30pm, after ensuring that all parties are represented on the
2  line.  The case management conference previously scheduled for May 24, 2010 is
3  VACATED.

5  **IT IS SO ORDERED.**

7  Dated: 3/26/10

   THELTON E. HENDERSON, JUDGE
   UNITED STATES DISTRICT COURT